Form G5  (20170105_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   17-34565 |
| CHARLES L. HARRIS, | ) | |
| | ) | Chapter:  13 |
| | ) | Honorable Jacqueline Cox |
| Debtor(s) | ) | |

## ORDER MODIFYING PLAN

THIS MATTER coming to be heard on the motion of the Debtor, the Court having jurisdiction over the parties and the subject matter and being duly advised in the premises and due notice having been given to the parties entitled thereto:

It is hereby ORDERED that:

1) The Debtor's Chapter 13 Plan default is deferred to the end of the plan.
2) TRUSTEE'S MOTION TO DISMISS AS DOCKET # 39 IS WITHDRAWN

Enter:

J. Cox

Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: DEC 17 2018

**Prepared by:**
Michael R. Colter, II, A.R.D.C. #6304675
David M. Siegel & Assoc., LLC
790 Chaddick Drive
Wheeling, IL 60090
(847) 520-8100