UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Jacqueline P. Cox

Hearing Date: March 4, 2019

Bankruptcy Case No.: 17 B 34565

Adversary No.:

Title of Case: Charles L. Harris

Brief Statement of Motion: Trustee's motion to dismiss for term of plan (Docket #45)

Names and Addresses of moving counsel:

Representing:

## ORDER

**IT IS HEREBY ORDERED** that the trustee's motion to dismiss for term of plan is DENIED.

*/s/ Jacqueline P. Cox*

Jacqueline P. Cox
United States Bankruptcy Judge

6/11/99